I would like to Inform The Twelfth court of Appeals I am Now Back In TDCJ At coffield Unit and This is my correspondance address Below To Send me letters Regarding The Request and Information Fordwardwing

Thank you

Brandon Bright TDC # 1960654
Coffield unit
2661 Fm 2054
Tennesseecolony Tx 75884

REC'D IN COURT OP APPEALS
12th Court of Appeals District
AUG 03 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

Also At this Time of me Being Back at this unit I'm currently Being Housed on over flow Till Im found a House In pofolation So law library Is an Issue till I'm abel to Be placed In Population to attend